IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NUMBER 22cr295 (CKK) |
| | § | |
| NEIL ASHCRAFT | § | |

## NOTICE OF APPEARANCE

COMES NOW, RYNE T. SANDEL, and makes this his appearance on behalf of Defendant, NEIL ASHCRAFT.

Attorney Ryne T. Sandel has been retained and will act as lead attorney of record.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ Ryne T. Sandel
RYNE T. SANDEL
TEXAS BAR CARD NO. 24081689
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
rsandel@whalenlawoffice.com

COUNSEL FOR DEFENDANT
NEIL ASHCRAFT

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Notice of Appearance was filed with the Court and Assistant United States Attorney, Michael Gordon, via ECF on the 9th day of September.

      /s/ Ryne T. Sandel
      RYNE T. SANDEL