IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NUMBER 22cr295 (CKK) |
| NEIL ASHCRAFT | § § | |

## DECLARATION OF RYNE T. SANDEL

TO THE HONORABLE JUDGE OF SAID COURT:

I, RYNE T. SANDEL, make the following Declaration:

1. My full name is Ryne Thomas Sandel.

2. I certify that I am familiar with this Court's Local Rules and will abide by them during the course of my Pro Hac Vice admission into this Bar.

Respectfully submitted on this the 9th day of September 2022.

_____
Ryne T. Sandel
Whalen Law Office
Texas State Bar No. 24081689
9300 John Hickman Pkwy., Suite 501
Frisco, Texas 75034
Office: 214-368-2560
Fax: 972-829-8654
rsandel@whalenlawoffice.com