IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NUMBER 22cr295 (CKK) |
| | § | |
| NEIL ASHCRAFT | § | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

NOW COMES the Defendants, NEIL ASHCRAFT, by and through undersigned counsel and moves this Honorable Court to modify the conditions of release pending trial. In support of said motion, the Defendant would show unto the Court as follows:

I.

Mr. Ashcraft is under contract to purchase a home which is scheduled to close on December 30, 2022. The address is 3900 Darril Road, Edmond, Oklahoma 73025. On December 19, 2022, Mr. Ashcraft's Pretrial Services Officer, Brittany L. Dahlkoetter, reached out to undersigned counsel's office and advised that Pretrial Services does not oppose the relocation and that Mr. Ashcraft has been compliant with all conditions of release.

As such, Mr. Ashcraft respectfully requests that the Court modify his Conditions of Pretrial Release and allow him to move to 3900 Darril Road, Edmond, Oklahoma 73025 once he closes on this home and travel within all districts of Oklahoma.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court to grant this Motion to Modify Conditions of Pretrial Release.

Respectfully submitted,

WHALEN LAW OFFICE

/s/Ryne T. Sandel
RYNE T. SANDEL
TEXAS BAR CARD NO.24081689
9300 John Hickman Pkwy., Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

This is to certify that on the 19th day of December, undersigned counsel's Senior Paralegal, Diana Wilson, conferred with Michael Gordan, the Assistant United States Attorney in charge of this case, who advised that the Government is not opposed to this motion.

/s/Ryne T. Sandel
RYNE T. SANDEL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered via ECF to Michael Gordon, the Assistant United States Attorney in charge of this case, on this the 19th day of December 2022.

/s/Ryne T. Sandel
RYNE T. SANDEL