UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

NEIL ASHCRAFT,
Defendant.

Criminal No. 22-295-1 (CKK)

## ORDER
(April 25, 2023)

Upon consideration of Defendant's [26] Unopposed Motion for Extension of Time to Self-Surrender, and good cause having been shown, it is this 25th day of April 2023,

ORDERED that Defendant's [26] Unopposed Motion for Extension of Time to Self-Surrender is GRANTED. Defendant's self-surrender date is extended to May 29, 2023.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE